UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No: 8:05-CR-488-T-24TGW

TRI HUU PHAM,

    Defendant.
_____/

**NOTICE OF APPEAL**

Notice is hereby given that Defendant Tri Huu Pham, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's orders dated March 2, 2015 (Docs. 689, 691).

                                            Respectfully submitted by,

                                            Donna Lee Elm
                                            Federal Public Defender

                                            */s/ Conrad B. Kahn*
                                            Conrad B. Kahn
                                            Federal Defender Attorney
                                            Florida Bar No. 104456
                                            201 S. Orange Ave., Suite 300
                                            Orlando, Florida 32801
                                            Telephone: (407) 648-6338
                                            Facsimile: (407) 648-6095
                                            Email: Conrad_Kahn@fd.org
                                            Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

>/s/ Conrad B. Kahn
>Conrad B. Kahn
>Counsel for Defendant