# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 21, 2015

Sheryl L. Loesch
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 15-10941-AA
Case Style: USA v. Tri Pham
District Court Docket No: 8:05-cr-00488-SCB-TGW-2

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: David L. Thomas/jfc, AA
Phone #: (404) 335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-10941-AA

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

versus

TRI HUU PHAM,
a.k.a. Big Brother,
a.k.a. Anh Hai,
a.k.a Chino,

              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Tri Huu Pham's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective October 21, 2015.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  David L. Thomas, AA, Deputy Clerk

              FOR THE COURT - BY DIRECTION